M. F. HICKEY Co., INC., Respondent, *v.* LOTHAIR H. SZERLIP, Appellant, Impleaded with Others.

Argued October 3, 1938; decided October 11, 1938.

*Barnet Rosenfeld* for motion.

*Lothair H. Szerlip,* in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.